SCWC-18-0000583

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

NATIONSTAR MORTGAGE LLC, Respondent/Plaintiff-Appellee,

vs.

JAMES BOONSTRA, Petitioner/Defendant-Appellant

and

ASSOCIATION OF APARTMENT OWNERS OF THE VINTAGE AT KAANAPALI;
KAANAPALI GOLF ESTATES COMMUNITY ASSOCIATION, INC.; FIRST
HAWAIIAN BANK; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A. AS
TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS MASTER TRUST,
REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-Q,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000583; CIVIL NO. 15-1-0093(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant James Boonstra's application for writ of certiorari filed on September 9, 2019, is hereby rejected.

DATED: Honolulu, Hawai'i, November 5, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

